215-2
Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP AAL LLLC

WAYNE M. SAKAI          696-0
MICHIRO IWANAGA  2022-0
DANIEL M. CHEN         7584-0
201 Merchant Street
Suite 2307 City Financial Tower
Honolulu, Hawaii 96813
Telephone No. (808) 792-3888
Fax No. (808) 521-5262

Attorneys for Defendant
PHILLIPS AND COHEN ASSOCIATES LTD.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLIS LINDSEY,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PNC MORTGAGE, Formerly Known as National City Mortgage; PHILLIPS AND COHEN ASSOCIATES LTD.; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50; DOE GOVERNMENTAL UNITS 1-50,<br><br>                    Defendants. | Case No.  CV 11-00105 HG-BMK<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT PHILLIPS AND COHEN ASSOCIATES, LTD. WITH PREJUDICE<br><br><br><br><br><br><br><br>Trial date: April 3, 2011 |

### STIPULATION FOR DISMISSAL OF DEFENDANT PHILLIPS AND COHEN ASSOCIATES, LTD. WITH PREJUDICE

It is hereby stipulated by the parties, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is hereby dismissed with prejudice as to Defendant PHILLIPS AND COHEN ASSOCIATES LTD. ("Phillips and Cohen"), with the parties bearing their own costs and attorneys' fees.

It is further stipulated that Defendant Phillips and Cohen will not be seeking attorneys' fees and costs pursuant to the Minute Order filed on October 11, 2011, granting Defendant Phillips and Cohen's Motion for Summary Judgment filed on August 31, 2011.

This stipulation results in there being no remaining claims or defendants in this action at this time, because Defendant PNC Mortgage has been dismissed from this action by Order Granting Defendant PNC Mortgage's Motion to Dismiss With

//

//

Leave to Amend filed on July 5, 2011.

Dated: Honolulu, Hawaii, <u>December 13, 2011</u>.

_____
WILLIAM H. GILARDY, JR.
Attorney for Plaintiff
ALLIS LINDSEY

_____
WAYNE M. SAKAI
MICHIRO IWANAGA
Attorney for Defendant
PHILLIPS AND COHEN
ASSOCIATES, LTD.

Stipulation for Dismissal of Defendant Phillips and Cohen Associates, Ltd. With Prejudice, *in Lindsey v. PNC Mortgage, et al.*, Case No. CV-11-00105 (U.S.D.C. Haw.)